No. 779, Misc. HART v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joseph J. De Raad* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 782, Misc. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *John S. Tucker, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 791, Misc. PEABODY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 796, Misc. YANT v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 803, Misc. WEBB v. COMSTOCK, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 806, Misc. ARNOLD v. HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 808, Misc. BIRRELL v. HERLANDS, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 835, Misc. DOONER v. BUCKMAN, STATE HOSPITAL DIRECTOR. Ct. App. N. Y. Certiorari denied.